**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                          CHAPTER  13

    JANICE C. HELLER                                                          NO. 16-13590 MDC

**O R D E R**

    **AND NOW,** this 27th day of March, 2017, upon consideration of the Certification of Counsel of Default From Court Order and Request for Relief from the Automatic Stay, and any response thereto,

    IT IS **ORDERED:**

    1.    The Motion is **GRANTED.**

    2.    Haverford Hill Condominium Owners Association may exercise its state law rights with respect to the real estate known as and located at 400 Glendale Road, Unit J-52, Havertown, Pennsylvania 19083.

BY THE COURT:

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

William C. Miller, Esquire, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Janice C. Heller
400 Glendale Road, Unit J-52
Havertown, PA 19083