## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Janice C. Heller | |
| Debtor(s) | CHAPTER 13 |
| | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) | |
| Movant | NO. 16-13590 MDC |
| vs. | |
| Janice C. Heller | |
| Debtor(s) | |
| | 11 U.S.C. Section 362 |
| William C. Miller, Esq. | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Matteo S. Weiner, attorney for Movant, do hereby certify that true and correct copies of the foregoing "Motion of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) for Relief from the Automatic Stay under Section 362" and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on December 18, 2017, by first class mail, and/or electronically upon those listed below:

Debtor(s)
Janice C. Heller
400 Glendale Road
Unit J-52
Havertown, PA 19083

Trustee
William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


Date: December 18, 2017                    **/s/  Matteo S. Weiner, Esquire**
                                            Matteo S. Weiner, Esquire
                                            Thomas I. Puleo, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322
                                            Attorneys for Movant/Applicant