United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 16-13590-mdc
Janice C Heller                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett      Page 1 of 1         Date Rcvd: Jun 21, 2018
                            Form ID: pdf900      Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.

```
db          +Janice C Heller,   400 Glendale Road,   Unit J-52,   Havertown, PA 19083-3183
cr          +Haverford Hill Condominium Owners Association,   c/o Elliot H Berton, Esquire,
             Steven L. Sugarman & Associates,   1273 Lancaster Avenue,   Berwyn, PA 19312-1244
cr          +c/o Benjamin F. Dill, Esquire Haverford Hill Condo,   STEVEN L. SUGARMAN & ASSOCIATES,
             1273 LANCASTER AVENUE,   BERWYN, PA 19312-1244
13757056    +Haverford Hill Condominium Association,   c/o EquityExperts.org, LLC,
             6632 Telegraph Road #339,   Bloomfield Hill's, MI 48301-3012
13730454    +I C System Inc,   P.O. Box 64378,   Saint Paul, MN 55164-0378
13730455    +KML Law Group,   BNY Independence Center,   Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1541
13730456    +Nationstar Mortgage, LLC,   993 Lenox Dr, Lawrenceville,,   Lawrence Township, NJ 08648-2316
13730458    +Robert Wise Managment,   453 Baltimore Pike,   Springfield, PA 19064-3852
13808448    +Veripro Solutions,Inc.,   PO BOX 3572,   Coppell, TX 75019-9572
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:25     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:38:01
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:20     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13730457    +E-mail/Text: blegal@phfa.org Jun 22 2018 02:38:14     PA Housing Finance Agency,
             211 N Front St,   Harrisburg, PA 17101-1406
13807491     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:55:49
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                          TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:

```
        BENJAMIN F. DILL    on behalf of Creditor c/o Benjamin F. Dill, Esquire Haverford Hill Condominium
         Owners Association bdill@suglaw.com
        BRAD J. SADEK    on behalf of Debtor Janice C Heller brad@sadeklaw.com,   bradsadek@gmail.com
        ELLIOT H BERTON    on behalf of Creditor   Haverford Hill Condominium Owners Association
         eberton@suglaw.com
        KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association as Trustee for The
         Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
         Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, National Association et. al.
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANICE C HELLER                                          Chapter 13

                        Debtor                           Bankruptcy No. 16-13590-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____21st_____ day of _____June_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                        Magdeline D. Coleman
                        Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
JANICE C HELLER

400 GLENDALE ROAD
UNIT J-52
HAVERTOWN, PA 19083-